UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:05CV-00126-TBR

**ROBERT L. GASS, SR.**                                                                                   **PETITIONER**

**VS.**

**LARRY CHANDLER, Warden**                                                                  **RESPONDENT**

### ORDER

The above matter having been referred to the United States Magistrate Judge, who has filed his Findings of Fact and Conclusions of Law, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Gass' petition for writ of habeas corpus is DENIED.

A Certification of Appealability is DENIED as to the claim of ineffective assistance of counsel set forth at Ground 1 in the petition.

Copies to:   Petitioner, *pro se*
             Counsel of Record
             Magistrate Judge Goebel